**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jheison CAMPINO–PALACIOS,**
**Defendant–Appellant.**

**No. 06–12081**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 2007.

Fletcher R. Peacock, Fitzgerald A. Hall, Federal Public Defender, Middle District of Florida, Frank William Zaremba, Assistants Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Linda Julin McNamara, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before WILSON, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Jheison Campino–Palacios in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Campino–Palacios's conviction and sentence are **AFFIRMED.** Campino–Palacios's "Motion to Continue and Preserve His Rights to Appeal and to Request the Court to Appoint a New Attorney to Continue his Appeal Process" is **DENIED AS MOOT.**

Although we affirm Campino–Palacios's sentence, we note that his judgment contains a clerical error. The district court's written judgment, while correctly indicating that Campino–Palacios pled guilty to count two of the indictment, nevertheless described the offense of conviction as the possession with intent to distribute count, which was actually count one of the indict-

ment. Therefore, although we affirm Campino–Palacios's sentence, we **VACATE and REMAND** for the limited purpose of correcting the clerical error in his judgment.